IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ROBIN MOORE, )
)
    Plaintiff, )
)
v. ) CASE NO. CV414-113
)
BANK OF AMERICA CORPORATION )
and JERRY BALDWIN, )
)
    Defendants. )
)

## O R D E R

Before the Court is Defendant Jerry Baldwin's Motion to Remand. (Doc. 6.) In this motion, Defendant Baldwin requests that this case be remanded to the Superior Court of Chatham County. (Id. at 1.) In support of his request, Defendant Baldwin states that he neither joined in nor consented to removal of this action by Defendant Bank of America ("BOA"). (Id. at 1-2.) Both Plaintiff Robin Moore and Defendant BOA have failed to file any response to Defendant Baldwin's motion.[1] Accordingly, Defendant Baldwin's motion is **GRANTED** and this case is **REMANDED** to the Superior Court of Chatham County. The Clerk of Court is **DIRECTED** to send a certified copy of this order to the

---

[1] "Failure to respond within the applicable time period shall indicate there is no opposition to a motion." S.D. Ga. L.R. 7.5.

Clerk of the Superior Court of Chatham County and to close this case following remand.

SO ORDERED this 31ST day of March 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA