AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

Robin Moore

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV414-113

Bank of America Corporation et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated March 31, 2015, granting defendant's Motion to Remand this case to the Superior Court of Chatham County. This action stands closed.

| March 31, 2015 | Scott L. Poff |
|---|---|
| *Date* | *Clerk* |
| | *(By) Deputy Clerk* |

GAS Rev 10/1/03